UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Ecolab Inc., | Civil No. 15-4086-RAL |
| Plaintiff, | |
| v. | |
| Kris Jongejeugd and<br>Affordable Pest Technicians, LLC, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel on behalf of Plaintiff Ecolab, Inc. and Defendants Kris Jongejeugd and Affordable Pest Technicians, LLC that the above-captioned action is hereby dismissed with prejudice, and it is agreed that each party will bear its own costs incurred in this litigation including attorneys' fees.

Respectfully submitted this 20th day of April, 2016.

    **CADWELL, SANFORD, DEIBERT & GARRY LLP**

    /s/ Stephen C. Landon
    Stephen C. Landon
    200 E. 10th Street
    Suite 200
    Sioux Falls, SD 57101
    Telephone: 605.336.0828
    Facsimile: 605.336.6036

**BARNES & THORNBURG, LLP**

Roy A. Ginsburg (admitted *pro hac vice*)
Andrew Peters (admitted *pro hac vice*)
225 S. Sixth Street
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 333-2111
Facsimile: (612) 333-6798

ATTORNEYS FOR PLAINTIFF
ECOLAB, INC.


**LYNN, JACKSON, SCHULTZ & LEBRUN, P.C.**

/s/ Cheri S. Raymond
Cheri S. Raymond
P.O. Box 2700
Sioux Falls, SD 57101-2700
Telephone: (605) 332-5999

ATTORNEY FOR DEFENDANTS KRIS JONGEJEUGD AND AFFORDABLE PEST TECHNICIANS, LLC

2